# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA SPENCE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-3031 |
| | : | |
| MICHAEL J. ASRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |

# ORDER

**AND NOW**, this 20th day of November, 2019, for the reasons contained in the Court's Memorandum of today, it is hereby **ORDERED** that the Commissioner's Motion for Dismissal is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(1), without prejudice.

**IT IS SO ORDERED**.

                          **BY THE COURT**:

                          */s/ Carol Sandra Moore Wells*
                          CAROL SANDRA MOORE WELLS
                          United States Magistrate Judge